UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | No. 3:09-00240 |
| | ) | |
| JAMES LAMONT OLIVER | ) | Judge Nixon |

## MOTION TO CONTINUE

Comes the Defendant, James Lamont Oliver, through his undersigned counsel, Bob Lynch, Jr., and moves to continue his sentencing hearing scheduled on Thursday, September 20, 2012, at 10:00 a.m., until a date after he has had an opportunity to complete his cooperation in this cause.

In support of this motion, undersigned counsel has been authorized by AUSA Sunny Koshy to state to the Court that he agrees on behalf of the Government to said continuance since the Defendant has a continuing obligation to cooperate and testify truthfully under the plea agreement.

Respectfully Submitted,

/s/ Bob Lynch, Jr.
Bob Lynch, Jr. (BPR# 6298)
Washington Square, Suite 316
222 Second Avenue North
Nashville, TN 37201
615-255-2888
615-256-5737 facsimile

*[Handwritten note: Reset for April 11, 2013 at 10:00 a.m.]*

1